AO 245D (WDNC Rev. 8/01) Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, N.C.

2004 MAR -1 AM 11:22

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES OF AMERICA

V.

DENNIS DWIGHT DANIELS

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 1:89CR86-1 & 1:89CR128-1

William Loose

Defendant's Attorney

**THE DEFENDANT:**

| X | admitted guilt to violation of condition(s) 1, 2, 3 & 4 of the term of supervision. |
| X | was found in violation of condition(s) count(s) 1, 2, 3 & 4. |

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1, 2 | Drug/Alcohol Use | 8/6/03 |
| 3 | New Law Violation | 3/26/03 |
| 4 | Failure to Comply with Drug Testing/Treatment Requirements | 1/20/04 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 9/8/67

Defendant's USM No.: 07128-035

Defendant's Mailing Address:
Buncombe County Jail
Asheville, NC 28801

Date of Imposition of Sentence: 2/23/04

Signature of Judicial Officer

Lacy H. Thornburg
United States District Judge

Date: 3-1-04

A True Copy, Teste:
Frank G. Johns, Clerk
By: _____
Deputy Clerk

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 9 Months.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

That defendant be given the opportunity to participate in any drug abuse treatment programs available to him during incarceration.

__X__ The Defendant is remanded to the custody of the United States Marshal.

__ The Defendant shall surrender to the United States Marshal for this District:

    __ As notified by the United States Marshal.

    __ At___a.m. / p.m. on ___.

__ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    __ As notified by the United States Marshal.

    __ Before 2 p.m. on ___.

    __ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal